IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DISTRICT

UNITED STATES OF AMERICA                                    PLAINTIFF/RESPONDENT

   v.         Civil No.    2:12-CV-02072
             Criminal No. 2:09-CR-20034

DONNELL LE-RON ALSTON                                       DEFENDANT/MOVANT

**O R D E R**

Movant, a federal prisoner presently housed at the TUSCON-USP, P.O. Box 24550, Tuscon, AZ 85734, has filed a Motion Under 28 U.S.C. §2255 for review by this court (ECF No. 66) on April 3, 2012. Having reviewed the motion, Respondent is ordered to file a response within thirty (30) days from the date of this order.

IT IS SO ORDERED this April 4, 2012.

/s/ J. Marschewski
James R. Marschewski
Chief United States Magistrate Judge